**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUREEN UCHE-UWAKWE,<br><br>        Plaintiff,<br><br>   v.<br><br>R. JAMES NICHOLSON, et al.,<br><br>        Defendants. | Case No. EDCV 05-983-VAP(OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: March 30, 2010

                              VIRGINIA A. PHILLIPS
                              United States District Judge